

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00359-CV

Monica H. **WAINWRIGHT**,
Appellant

v.

James Richard **WILLIAMS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08447
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's March 18, 2013 order granting Appellee James Richard Williams's special appearance is REVERSED and this matter is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of this appeal are taxed against Appellee James Richard Williams.

SIGNED December 23, 2014.

_____
Patricia O. Alvarez, Justice